|   |   |
|---|---|
| **TIFFANY & BOSCO** P.A. | IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED. |
| 2525 E. CAMELBACK ROAD SUITE 300 PHOENIX, ARIZONA 85016 TELEPHONE: (602) 255-6000 FACSIMILE: (602) 255-0192 | Dated: November 12, 2010  |

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12956

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-11294-SSC |
| | Chapter 11 |
| Chris L. Sears and Kathryn G. Sears<br>Debtors. | (Related to Docket #23) |
| Wells Fargo Bank, N.A. | **ORDER REGARDING ADEQUATE PROTECTION** |
| Movant,<br>vs. | |
| Chris L. Sears and Kathryn G. Sears, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

IT IS HEREBY ORDERED by and between the parties herein, through counsel, that the Debtors pay Adequate Protection Payments in the amount of $1550.00 a month plus any applicable taxes and interest commencing on November 15, 2010. The funds are intended to serve as adequate protection for Debtors' lien obligation to Movant secured by the real property described as:

1

LOT 37, SOMERSET PATIO HOMES, ACCORDING TO BOOK 267 OF MAPS, PAGE 6, RECORDS OF MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED that the Debtors will make all adequate protection payments directly to the office of Tiffany & Bosco, P.A. no later than the first of every month starting with November 1, 2010.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors shall tender the default payment, as set forth above, in the form of a cashier's check or money order, made payable to Movant. If the defaulted payments are not received by Movant within ten days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan. Upon failure to cure the default within the ten days Relief shall be granted.

IT IS FURTHER ORDERED that this Order is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.