# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12956

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: <br><br> Chris L. Sears and Kathryn G. Sears <br>          Debtors. <br>——————————————————— <br> Wells Fargo Bank, N.A. <br><br>         Movant, <br>   vs. <br><br> Chris L. Sears and Kathryn G. Sears, Debtors; <br> Russell A. Brown, Trustee. <br><br>         Respondents. | No. 2:10-bk-11294-SSC <br><br> Chapter 13 <br><br> MOVANT'S MOTION FOR ADEQUATE PROTECTION PAYMENT DUE FOR DECEMBER 15, 2010 <br><br> RE: Real Property Located at <br> 16519 N. 69th Avenue, <br> Peoria, AZ 85382 |

    Movant hereby requests an Order requiring Debtor to pay adequate protection payment due for December 15, 2010.

    This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

    DATED this 11th day of March, 2011.

                                Respectfully submitted,

                                TIFFANY & BOSCO, P.A.

                                BY /s/ LJM # 014228
                                  Leonard J. McDonald
                                  Attorney for Movant

# MEMORANDUM OF POINTS AND AUTHORITIES

1. Debtor Debtors have certain real property located in Maricopa County, Arizona, more particularly described as:

LOT 37, SOMERSET PATIO HOMES, ACCORDING TO BOOK 267 OF MAPS, PAGE 6, RECORDS OF MARICOPA COUNTY, ARIZONA

2. An Order Regarding Adequate Protection was entered on November 12, 2010, attached hereto as Exhibit "A".

3. According to said Order, Debtor was to pay $1,550.00 per month commencing on November 15, 2010.

4. Tiffany & Bosco, PA received a payment in the amount of $1,550.00 for the November 15, 2010 payment. Neither Tiffany & Bosco, PA nor Movant have received adequate protection payments since.

5. An Order Regarding Plan Treatment and to Valuate the First Lien Encumbering Real Property was granted by the Court on January 13, 2011, attached hereto as Exhibit "B".

6. Movant is entitled to the Adequate Protection payment due for December 15, 2011.

# CONCLUSION

Movant requests that the court enter an Order requiring Debtor to pay Movant $1,550.00 for the adequate protection payment due for December 15, 2011.

DATED this 11th day of March, 2011.

                    BY /s/ LJM # 014228
                          Leonard J. McDonald
                          2525 East Camelback Road
                          Ste. 300
                          Phoenix, Arizona 85016
                          Attorneys for Movant

**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12956

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-11294-SSC |
| Chris L. Sears and Kathryn G. Sears<br>      Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A. | NOTICE OF FILING MOTION FOR<br>FOR ADEQUATE PROTECTION PAYMENT<br>DUE FOR DECEMBER 15, 2010 |
|        Movant,<br>vs. | |
| Chris L. Sears and Kathryn G. Sears, Debtors;<br>Russell A. Brown, Trustee. | |
|        Respondents. | |

      NOTICE IS HEREBY GIVEN that the above Movant has filed a motion for adequate protection payment due for December 15, 2010.

      FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

Wells Fargo Bank, N.A.
c/o Mark S. Bosco, Esq.
2525 East Camelback Road
Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

DATED this 11th day of March, 2011.

TIFFANY & BOSCO, P.A.

BY /s/ LJM # 014228
  Leonard J. McDonald
  Attorney for Movant

Copy of the foregoing was
mailed March 11, 2011.

Chris L. Sears and Kathryn G. Sears
22767 West Hopi Street
Buckeye, AZ 85326
Debtors

Nasser U. Abujbarah
5785 East Azure Hills
Cave Creek, AZ 85331
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee

By: /s/ Heidi S. Nelson

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12956

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Chris L. Sears and Kathryn G. Sears<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>Chris L. Sears and Kathryn G. Sears, Debtors;<br>Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:10-bk-11294-SSC<br><br>Chapter 13<br><br>PROPOSED ORDER |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Debtor is to pay $1,550.00 for the adequate protection payment due for December 15, 2010.