**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12956

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Chris L. Sears and Kathryn G. Sears<br><br><br>Debtors. | No. 2:10-bk-11294-SSC<br><br>Chapter 13<br><br>NOTICE OF LODGING ORDER |

Wells Fargo Bank, N.A., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging Order Regarding Adequate Protection Payments, a copy of which is attached hereto as Exhibit "A".

DATED this 12th day of April, 2011.

                                              Respectfully submitted,

                                              TIFFANY & BOSCO, P.A.


                                              BY   /s/ LJM #014228
                                                     Leonard J. McDonald
                                                     Attorney for Movant

Copies of the foregoing mailed this
12th day of April, 2011, to:

Chris L. Sears and Kathryn G. Sears
22767 West Hopi Street
Buckeye AZ 85326
Debtors

The Law Office of Nasser U. Abujbarah
5785 East Azure Hills
Cave Creek AZ 85331
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave Suite 800
Phoenix, AZ 85012-1965
Trustee

Arizona Department of Revenue
1600 W. Monroe
Phoenix, AZ 85007

IRS
Ogden, UT 84201-0030


By: Rebecca Robinson